UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN GAINES, individually and as mother and        ECF Filing
natural guardian of TYLER GAINES,
                       Plaintiff,        **Rule 7.1 Disclosures**

     v.
                                                                 08-CV- 4229
DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND, DISTRICT COUNCIL 1707 HEALTH
and BENEFIT FUND and THE BOARD OF TRUSTEES
OF THE DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND,

                                 Defendants.
------------------------------------------------------------------------

      Pursuant to Rule 7.1 of the Local Rules of this Court, the District Council 1707 Health & Benefit Fund, f/k/a the District Council 1707 Health & Insurance Fund and the trustees of this Fund provide the following disclosure of interested parties to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal.

      The Trustees are trustees of the plaintiff unincorporated trust Fund which does not have any corporate parents, subsidiaries or affiliates which are publicly held.

                                        Law Offices of Campbell & Associates,P.C.

                                        By:_____/s/_____
                                        Susan M. Bruno (6686)
                                        99 Tulip Avenue
                                        Floral Park, New York 11001
                                        Attorneys for Defendants

G:\New Documents\1707.Health.&.Benefit\Gaines v. DC 1707\7.1statement.wpd