AHG:al

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EVELYN GAINES, individually and as mother and
natural guardian of TYLER GAINES,

                                                                **DEMAND FOR**
                                                                **TRIAL BY JURY**

                            Plaintiffs,

                                                                '08 CIV 4229

      -against-

                                                                **Judge Berman**

DISTRICT COUNCIL 1707 HEALTH AND INSURANCE
FUND, DISTRICT COUNCIL 1707 HEALTH AND BENEFIT
FUND and THE BOARD OF TRUSTEES OF THE
DISTRICT COUNCIL 1707 HEALTH AND INSURANCE
FUND,
                            Defendants.
----------------------------------------------------------------X

S I R S :

      Pursuant to Federal Rule of Civil Procedure 38, plaintiff hereby demands a trial by jury with respect to all issues of fact.

Dated: New York, New York
       May 7, 2008

                                                GAIR, GAIR, CONASON,
                                                STEIGMAN & MACKAUF

                 By: _____
                         Anthony H. Gair (AHG5408)
                         Attorneys for Plaintiffs
                         Office & P.O. Address
                         80 Pine Street
                         New York, NY 10005
                         (212) 943-1090

To:   CAMPBELL & ASSOCIATES, PC
      Attorneys for Defendant (s)
      DISTRICT COUNCIL 1707 HEALTH AND INSURANCE
      FUND, DISTRICT COUNCIL 1707 HEALTH AND BENEFIT
      FUND and THE BOARD OF TRUSTEES OF THE
      DISTRICT COUNCIL 1707 HEALTH AND
      INSURANCE FUND
      99 Tulip Avenue, Suite 404
      Floral Park, NY 11001

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NEW YORK )

I, **Jazmin Parra**, being sworn says. I am not a party to the action, am over 18 years of age and reside in Queens Village, New York.

On May 9, 2008, I served a true copy of the annexed **Demand For Trial By Jury** by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service with the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   CAMPBELL & ASSOCITES, P.C.
      99 Tulip Avenue, Suite 404
      Floral Park, New York 11001

*[signature]*
Jazmin Parra

Sworn to before me on
May 9, 2008

*[signature]*
Notary Public

CAROLINE MONTESDEOCA
Notary Public, State of New York
No. 01MO6095133
Certificate filed in Queens County
Commission Expires April 12, 2010