UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN GAINES, individually and as mother and      ECF Case
natural guardian of TYLER GAINES,
                        Plaintiff,      FIRST AMENDED
    ANSWER and
    COUNTERCLAIM

            v.      08-CV-4229
    (RMB)
DISTRICT COUNCIL1707 HEALTH AND INSURANCE
FUND, DISTRICT COUNCIL 1707 HEALTH and
BENEFIT FUND and THE BOARD OF TRUSTEES
OF THE DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND,

                       Defendants.
------------------------------------------------------------------------X

Defendants, **District Council 1707 Health and Insurance Fund, District Council 1707 Health and Benefit Fund and the Board of Trustees of the District Council 1707 Health and Insurance Fund**, in response to Plaintiff's complaint, allege as follows:

1. Deny the allegations contained in paragraph 1 of the complaint, except admit that "District Council 1707 Health and Insurance Fund" was the name of District Council 1707 Health and Benefit Fund prior to September 16, 2003*, and that said Fund had offices located in New York City, New York; and further admit that said Fund was a "self-funded"** employee welfare benefit plan.

_____
* all references to the District Council 1707 Health and *Insurance* Fund in the complaint are answered as if they were directed to the District Council 1707 Health and *Benefit* Fund to reflect the fact that the Fund's name was changed in September 2003 to the District Council 1707 Health and *Benefit* Fund, and that Plaintiff was only a participant in the Health and Benefit Fund.
**the term "self-funded" denotes a plan that does not utilize insurance for payment of claims