UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN GAINES, individually and as mother and          ECF Case
natural guardian of TYLER GAINES,
                              Plaintiff,
                                                                         NOTICE OF APPEARANCE
          v.                                                          08-CV-4229
                                                                           (RMB)
DISTRICT COUNCIL1707 HEALTH AND INSURANCE
FUND, DISTRICT COUNCIL 1707 HEALTH and
BENEFIT FUND and THE BOARD OF TRUSTEES
OF THE DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND,

                                                    Defendants.
------------------------------------------------------------------------X

      Please take notice that the undersigned appears as additional counsel for

Defendants District Council 1707 Health and Insurance Fund, District Council 1707

Health and Benefit Fund and The Board of Trustees of the District Council 1707 Health

and Insurance Fund (Defendants), in this action, and demands that a copy of all notices

and other papers therein be served upon her at the Law Offices of Campbell &

Associates, P.C., 99 Tulip Avenue, suite 404, Floral Park, New York 11001.

Dated: Floral Park, New York
       May 21, 2008                     LAW OFFICES OF
                                       CAMPBELL & ASSOCIATES, P.C.

                                       By:_____
                                           Susan M. Friedman Bruno (SB 6686)
                                           99 Tulip Avenue, suite 404
                                           Floral Park, New York 11001
                                           (516) 352-0300

To: Richard M. Steigman, Esq.
    Gair, Gair, Conason, Steigman & Mackauf
    80 Pine Street
    New York, New York 10005

G:\New Documents\1707.Health.&.Benefit\Gaines v. DC 1707\notice.of.appearance.sb