UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN GAINES, individually and as mother and
natural guardian of TYLER GAINES,

                  Plaintiff,

                  CERTIFICATE OF SERVICE
    v.                                       08-CV-4229
                                           (RMB)

DISTRICT COUNCIL1707 HEALTH AND INSURANCE
FUND, DISTRICT COUNCIL 1707 HEALTH and
BENEFIT FUND and THE BOARD OF TRUSTEES
OF THE DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND,

                  Defendants.
------------------------------------------------------------------------X


**CERTIFICATE OF SERVICE**


      I hereby certify that on May 21, 2008, I electronically filed a Notice of Appearance with the Clerk of the District Court using the CM/ECF system And, I hereby further certify that on May 21, 2008, I mailed via the United States Postal Service the above-referenced documents to the following person:

    1.    Richard Steigman
           Gair, Gair, Conason, Steigman & Mackauf
           80 Pine Street
           New York, NY 10005


                                                _____/S/_____
                                                **SUSAN M. BRUNO (SB6686)**


G:\New Documents\1707.Health.&.Benefit\Gaines v. DC 1707\cert.svce.notice.appearance.sb.wpd