UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVELYN GAINES, individually and as mother and
natural guardian of TYLER GAINES,

                               Case Management Plan

                Plaintiff,

        v.                            08-CV-4229 (RMB) *(GWG)*

DISTRICT COUNCIL 1707 HEALTH AND INSURANCE
FUND, DISTRICT COUNCIL 1707 HEALTH and
BENEFIT FUND and THE BOARD OF TRUSTEES
OF THE DISTRICT COUNCIL 1707 HEALTH AND
INSURANCE FUND,

                Defendants.
------------------------------------------------------------------X

*[handwritten: 6-10-08]*

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by October 10, 2008.

(ii)    Amend the pleadings by October 10, 2008.

(iii)   All discovery to be **expeditiously** completed by ~~December 10, 2008.~~ *10/15/08*

(iv)   Consent to Proceed before Magistrate Judge: No

(v)    Status of settlement discussions: The parties cannot reach agreement at this time. Issues of application of various state and federal laws must be determined. *10/16/08 @ 10:00 AM with pw upda[tes]*

Sections vi through xi will be set at conference with the Court.

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint pre-trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____

SO ORDERED: New York, New York
6/10/08

*RMB*

Hon. Richard M. Berman, U.S.D.J.

G:\New Documents\1707.Health.&.Benefit\Gaines v. DC 1707\case management plan.wpd

2